ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JONATHAN A. BOWLIN,<br><br>                    Defendant. | Case No. 1:26-po-00058-SAB<br><br>[Citation #FBLV001Y CA/4B]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00058-SAB [Citation #FBLV001Y CA/4B] against JONATHAN A. BOWLIN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2026                Respectfully submitted,

                                   ERIC GRANT
                                   United States Attorney

                          By:      /s/ *Joshua B. Banister*
                                   JOSHUA B. BANISTER
                                   Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00058-SAB [Citation #FBLV001Y CA/4B] against JONATHAN A. BOWLIN is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Bowlin
Case No. 1:26-po-00058-SAB